AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Kozinski, Alex | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>05/07/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>125 S. Grand Avenue<br>Suite 200<br>Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. All Limited Partnerships | Reported in Section VII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 15 P 11: 5  FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/07/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. March 3 | Abraham Lincoln Univ. Law School - Honorarium (donated to 501(c)(3)) | $ 500 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1-12/31 | Self-employed as attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nat'l Association of Criminal Defense Lawyers | Jan. 24-27 | Aspen, Colo. | Speaking Engagement | Travel & Lodging for Judge ▮ |
| 2. | Defense Research Institute | Feb. 22-25 | Lake Tahoe, Nev. | Speaking Engagement | Travel & Lodging for Judge ▮ |
| 3. | Abraham Lincoln Univ. Law School | March 3 | Long Beach, CA. | Speaking Engagement | Mileage |
| 4. | The Federalist Society | March 25-28 | New York, N.Y. | Speaking Engagement | Travel & Lodging |
| 5. | Bar Assoc. of N.Y. City | Oct. 29 | New York, N.Y. | Speaking Engagement | Travel & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/07/2008 |

| 6. | Federalist Society Lawyers Convention | Nov. 14-17 | Washington, D.C. | Speaking Engagement | Travel & Lodging |
|---|---|---|---|---|---|
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/07/2008 |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▮▮▮CON EDISON | A | Dividend | K | T | | | | | |
| 2. ▮▮▮PUGET ENERGY | A | Dividend | J | T | | | | | |
| 3. RMA TAX FREE FUND, INC. | A | Interest | K | T | | | | | |
| 4. ▮▮▮REF CORP - BONDS | A | Interest | | | Sold | 4/15 | J | D | |
| 5. ▮▮▮REF CORP - BONDS | A | Interest | J | T | | | | | |
| 6. ▮▮▮REF CORP - BONDS | A | Interest | J | T | | | | | |
| 7. AMERICAN FUNDS CAPITAL INCOME BUILDER FUND | D | Dividend | L | T | | | | | |
| 8. ▮▮▮SANMINA-SCI | A | Dividend | J | T | | | | | |
| 9. ▮▮▮STANCORP | A | Interest | J | T | | | | | |
| 10. DREYFUS MUNI MONEY MARKET FUND | E | Interest | N | T | | | | | |
| 11. ▮▮▮WILLIAM BLAIR GROWTH FUND(BGFIX) | A | Dividend | L | T | | | | | |
| 12. ▮▮▮COCA COLA (KO) | A | Dividend | K | T | | | | | |
| 13. ▮▮▮FIDELITY DEVONSHIRE FUND (FIUIX) | A | Dividend | J | T | | | | | |
| 14. ▮▮▮FIDELITY EQUITY INCOME FUND (FEQIX) | A | Dividend | J | T | | | | | |
| 15. ▮▮▮FIDELITY EQUITY INCOME II FUND (FEQTX) | A | Dividend | J | T | | | | | |
| 16. ▮▮▮FIDELITY LOW PRICED STOCK FUND(FLPSX) | A | Dividend | K | T | | | | | |
| 17. ▮▮▮SCUDDER GROWTH & INCOME FUND(SCDGX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ███████JANUS WORLDWIDE FUND(JAWWX) | A | Dividend | J | T | | | | | |
| 19. ████████ LONGLEAF PARTNERS FUND(LLSCX) | B | Dividend | K | T | | | | | |
| 20. ███████MANAGERS INT'L EQUITY FUND(MGITX) | A | Dividend | J | T | | | | | |
| 21. ██████ WELLS FAGO FNDS MONTGOMERY EMERGING (MFFAX) | A | Dividend | J | T | | | | | |
| 22. ██████ WHITE OAK GROWTH FUND(WOGSX) | A | Dividend | J | T | | | | | |
| 23. ████████ROYCE PENN MUTUAL FUND(PENNX) | A | Dividend | K | T | | | | | |
| 24. ███████ STONG HIGH YIELD FUND(STHYX) | A | Dividend | J | T | | | | | |
| 25. ██████TORRAY FUND(TORYX) | A | Dividend | K | T | | | | | |
| 26. IRAs | | | | | | | | | |
| 27. ██████AT&T CORP NEW(T) | A | Dividend | | | sell | 11/2 | J | | |
| 28. █████COMCAST(CMCSA) | A | Dividend | | | sell | 11/2 | J | | |
| 29. ██████ CHEVRONTEXACO CORP(CVX) | A | Dividend | | | sell | 11/2 | J | | |
| 30. ██████ GENERAL MOTORS(GM) | A | Dividend | | | sell | 11/2 | J | | |
| 31. ██████DELPHI AUTOMOTIVE(DPHIQ) | A | Dividend | | | sell | 11/2 | J | | |
| 32. FIDELITY SPARTAN (FSTMX) | A | Dividend | L | T | buy | 11/9 | L | | |
| 33. █████CTF ACCR. TREAS | A | Interest | | | redemption | 8/15 | K | | |
| 34. SCHWAB MONEY MARKET FUND | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,000 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,000 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. ▆▆ SCHWAB S&P 500 INDEX FUND(SWPIX) | A | Dividend | J | T | | | | | |
| 36. ▆▆ GOODYEAR TIRE(GT) | A | Dividend | | | sell | 11/1 | J | | |
| 37. ▆▆ 3M(MMM) | A | Dividend | | | sell | 11/1 | J | | |
| 38. ▆▆ CTF ACCR TREAS | A | Interest | | | redemption | 8/15 | K | | |
| 39. ▆▆ SEP. TRDG. REG. | A | Interest | K | T | | | | | |
| 40. SCHWAB MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 41. VANGUARD TOTAL STOCK MKT INDEX FD (VTSMX) | A | Dividend | K | T | buy | 11/9 | K | | |
| 42. ▆▆ SCHWAB TOTAL STK MKT-INV (SWTIX) | A | Dividend | J | T | | | | | |
| 43. ▆▆ SPARTAN US EQUITY INDEX(FUSEX) | A | Dividend | K | T | | | | | |
| 44. ▆▆ DREYFUS SHORT INTERGOVERNMENT(DSIGX) | A | Dividend | J | T | | | | | |
| 45. Fidelity Cash Reserves(FDRXX) | A | Interest | J | T | | | | | |
| 46. DIRECTV GRP FUND | A | Dividend | K | T | | | | | |
| 47. DIRECTV EQUITY FUND | A | Dividend | K | T | | | | | |
| 48. NEWS CORP STOCK FUND | A | Dividend | J | T | | | | | |
| 49. DIRECTV BALANCED FUND | A | Dividend | J | T | | | | | |
| 50. DIRECTV FIXED INCOME | A | Dividend | J | T | | | | | |
| 51. LIMITED PARTNERSHIPS: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. (PTR) HISTORIC PRE. PROP. | A | Interest | J | U | | | | | |
| 53. (PTR) WINGATE HSG. II | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 05/07/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



S

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY _____ BJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544